IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ALFRED WAYNE LEE,

    Plaintiff,

vs.

D. HUDSON, Associate Warden, individually and in his official capacity; OTHER UNNAMED FEDERAL CORRECTIONAL OFFICERS; FEDERAL BUREAU OF PRISONS, and UNITED STATES DEPARTMENT OF JUSTICE,

    Defendants.

CIVIL ACTION NO.: CV208-048

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report wherein he recommended Plaintiff's Complaint be dismissed for failure to state a claim upon which relief may be granted. In reaching his recommendation, the Magistrate Judge determined Plaintiff failed to set forth facts sufficient to sustain his claim that he was denied access to the courts and that Plaintiff failed to make any factual allegations against "Other Unnamed Federal Correctional Officers".

In his Objections, Plaintiff contends Defendant Hudson confiscated some of his legal materials, which caused Plaintiff "to suffer actual loss" and "deprived him of a constitutionally protected liberty interest." (Doc. No. 10, p. 2). Plaintiff also contends employees of the Bureau of Prisons violated the criminal codes of the United States Postal Service, which is a claim the Magistrate Judge ignored.

AO 72A
(Rev. 8/82)

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 13 day of August, 2008.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA