IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ALFRED WAYNE LEE, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION NO.: CV208-048
:
D. HUDSON, Associate Warden, :
individually and in his official :
capacity; OTHER UNNAMED :
FEDERAL CORRECTIONAL :
OFFICERS; FEDERAL BUREAU :
OF PRISONS, and UNITED STATES :
DEPARTMENT OF JUSTICE, :
:
    Defendants. :

## ORDER

After an independent and *de novo* review, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff contends that the Magistrate Judge's recommendation is based upon facts and circumstances which are not applicable to the facts he set forth in this proceeding. Plaintiff asserts that the Magistrate Judge's Report should be rejected in its entirety.

Plaintiff's Objections, most of which appear to be unresponsive to the Magistrate Judge's Report, are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is

**DISMISSED** for failure to state a claim upon which relief may be granted. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 21 day of May, 2010.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA